BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

OCT - 2 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING: <br><br> 1999 FORD MINIVAN, CALIFORNIA LICNSE PLATE NO. 4HGG160, | CASE NO.   2:15-SW-0355 KJN <br><br> [PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |
|---|---|

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: Oct 2, 2015

_____
HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE